UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JURIJUS KADAMOVAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:23-cv-00270-MPB-MJD |
| | ) |
| FEDERAL BUREAU OF PRISONS (BOP), | ) |
| COLLETTE PETERS, | ) |
| STEVEN KALLIS, WARDEN USP TERRE HAUTE, | ) |
| | ) |
| Defendants. | ) |

# DEFENDANTS' STATUS REPORT

Pursuant to the Court's January 31, 2025, Order [Dkt. 102], Defendants, the Federal Bureau of Prisons; the Director of the Federal Bureau of Prisons; and Steven Merendino, in his official capacity as Warden of the U.S. Penitentiary in Terre Haute, by counsel, respectfully submit the following status report:

1. On January 31, 2025, the Court stayed this case and ordered the parties to file a joint status report within 60 days. [Dkt. 102.] About three weeks ago, Mr. Kadamovas's court-appointed attorneys moved for leave to withdraw their appearances, which the Court granted. [*See* Dkts. 103-04.] Accordingly, Mr. Kadamovas is currently representing himself, and Defendants file this status report unilaterally. Mr. Kadamovas has recently filed a motion in which he asks the Court to appoint new counsel for him. [*See* Dkt. 106 at 2.]

2. Mr. Kadamovas remains incarcerated within the Special Confinement Unit at the Federal Correctional Institution in Terre Haute. He is still being considered for a possible redesignation or transfer to another facility.

3. It remains unclear how long any redesignation or transfer decisions will take.

Accordingly, Defendants propose making periodic another status report to the Court in 60 days.

WHEREFORE, Defendants respectfully request that the Court continue to stay this case and all other just and proper relief.

    Respectfully submitted,

    JOHN E. CHILDRESS
    Acting United States Attorney

By:   *s/ Gina M. Shields*
    Gina M. Shields
    Assistant United States Attorney
    U.S. Attorney's Office
    Southern District of Indiana
    10 W. Market St, Suite 2100
    Indianapolis, IN 46204
    Gina.Shields@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, a copy of the foregoing *Defendants' Status Report* was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on April 1, 2025, a copy of the foregoing *Defendants' Status Report* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Jurijus Kadamovas
Reg. No. 21050-112
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204